IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOSHE ISAAC STEIN,

       Plaintiff,               No. CIV S-06-2311 DFL KJM P

   vs.

SHASTA COUNTY BOARD OF
SUPERVISORS, et al.,

       Defendants.         <u>ORDER</u>
_____/

       Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of April 16, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

       1.  Plaintiff's May 23, 2007 request for an extension of time is granted; and

       2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED:  June 1, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
stein2311.36