IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOSHE ISAAC STEIN,

      Plaintiff,                                No. CIV S-06-2311 RRB KJM P

    vs.

SHASTA COUNTY BOARD OF
SUPERVISORS, et al.,

      Defendants.                     <u>ORDER</u>

/

        Plaintiff has filed his third request for an extension of time to file an amended complaint pursuant to the court's order of April 16, 2007. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 16, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

DATED: August 22, 2007.

U.S. MAGISTRATE JUDGE

/mp
stei2311.36sec(2)